# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132907

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM ALBERT WOODWARD, JR.,
      Defendant-Appellant.

SC: 132907
COA: 270601
Genesee CC: 95-052121-FC

_____/

On order of the Court, the application for leave to appeal the November 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

s0521

_____
Clerk